E-filed: July 2, 2010

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:  malevinson@orrick.com
        jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  (702) 784-5200
Fax:  (702) 784-5252
Email:  rkinas@swlaw.com
        cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

In re:

JOSEPH D. MILANOWSKI,

        Debtor.

---

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

        Plaintiff,

v.

JOSEPH D. MILANOWSKI,

        Defendant.

Case No. 07-13162-LBR

Chapter 11

Adversary Proceeding No. 08-01090

**STATUS REPORT**

**Hearing Date:** July 13, 2010

**Hearing Time:** 9:30 a.m.

**Hearing Location:**
United States Bankruptcy Court
Foley Federal Building, Courtroom No. 1
300 Las Vegas Blvd South, Third Floor
Las Vegas, Nevada 89101

    USA Capital Diversified Trust Deed Fund, LLC ("Diversified") hereby submits this Status Report in connection with the July 13, 2010 status check hearing in this 11 U.S.C. § 523 dischargeability adversary proceeding. The Court requested that if any of the plaintiffs in the dischargeability adversaries pending against debtors Joseph Milanowski ("Milanowski") and Thomas Hantges ("Hantges") intended to seek an additional stay of the litigation beyond July 13, 2010, that such parties submit a Status Report two weeks in advance of the hearing, explaining their rationale. Diversified seeks a continuation of the stay; accordingly, this is Diversified's Status Report.

11681182.2

Diversified proposes that the Court stay the litigation the § 523 adversary proceeding against Milanowski pending the outcome of the United States Trustee's recently-filed § 727 action (Adv. Proceeding No. 10-01196 filed on June 7, 2010). Because a judgment denying Milanowski a discharge would moot individual dischargeability judgments, it would be a very inefficient use of the Court's and counsels' time to pursue the § 523 adversaries until the discharge adversary is resolved.

Diversified thus requests that the Court continue the stay of its § 523 adversary proceeding against Milanowski pending the resolution of the § 727 adversary proceeding brought by the United States Trustee.

DATED this 2nd day of July, 2010.

SNELL & WILMER L.L.P.

By: _____/s/ Claire Y. Dossier_____
Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169

and

ORRICK, HERRINGTON & SUTCLIFFE LLP
Mark A. Levinson (CA Bar No. 57613)
Jeffrey D. Hermann (CA Bar No. 90445)
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

11681182.2