

Entered on Docket
July 13, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-07-13162-lbr |
| JOSEPH D. MILANOWSKI, | Judge Linda B. Riegle |
| Debtor. | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Adversary No. 08-01090-lbr |
| Plaintiff, | **AGREED JUDGMENT** |
| v. | |
| JOSEPH D. MILANOWSKI, | |
| Defendant. | |

On this day, the Court has reviewed the Parties' Settlement Agreement regarding the judgment set forth below. Based upon the Settlement Agreement, the Court is of the opinion that this request should be GRANTED. Accordingly, it is ORDERED, DECREED, and ADJUDGED that:

1. USA Capital Diversified Trust Deed Fund, LLC ("DTDF") shall recover from Defendant Joseph D. Milanowski the sum of $1,750,000.00.

2. DTDF shall recover from Defendant Joseph D. Milanowski post-judgment interest at the maximum rate allowed by law.

3. This is a final judgment that disposes of all remaining claims and causes of action in this adversary proceeding.

4. This Court shall retain jurisdiction of this case for any post-judgment discovery or enforcement proceedings in accordance with applicable law.

DATED this 6th day of July, 2011.

**STIPULATED AND AGREED:**

By: /s/ Russell S. Walker
Russell S. Walker
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
Salt Lake City, UT 84111

*Counsel for Joseph D. Milanowski*

**DIAMOND MCCARTHY LLP**

By: /s/ Michael J. Yoder
Allan B. Diamond, TX 05801800 (pro hac vice)
Michael J. Yoder, TX 24056572 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Counsel for USA Capital Diversified Trust Deed Fund, LLC*

**SNELL & WILMER LLP**

By: /s/ Claire Y. Dossier
Claire Y. Dossier, NV 10030
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169-5996

*Counsel for USA Capital Diversified Trust Deed Fund, LLC*